UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY GOATLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-01321-MJD-TWP |
| ) | |
| WAL-MART, ) | |
| WAL-MART STORES, INC., ) | |
| WAL-MART PROPERTIES, INC., ) | |
| WAL-MART REAL ESTATE BUSINESS ) | |
| TRUST, ) | |
| SAM'S CLUB, ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR MARCH 11, 2019
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery.

With the agreement of the parties, Section IV of the approved Case Management Plan as amended [Dkts. 28, 36, & 55] is hereby further amended as follows:

**IV. Discovery and Dispositive Motions**

Dispositive motions are expected and shall be filed by **June 28, 2019**; non-expert witness discovery and discovery relating to liability issues shall be completed by **May 31, 2019**; all remaining discovery shall be completed by **November 15, 2019**.

All other requirements of the approved Case Management Plan as amended [Dkts. 28, 36, & 55] remain in effect.

This matter is scheduled for a telephonic status conference on **Monday, April 8, 2019 at 3:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 11 MAR 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.